UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV414-216 |
| Plaintiff, | |
| v. | |
| 2014 Mercedes Benz, VIN ending 042570 | |
| Defendants. | |

## WARRANT FOR ARREST OF PROPERTY *IN REM*

TO:  UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF GEORGIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on September 29, 2014, the United States of America filed a Verified Complaint for civil forfeiture in the United States District Court for the Southern District of Georgia, against the above named Defendant Property, alleging that said Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the Complaint; and

WHEREAS, the Defendant Property is presently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Southern District of Georgia, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said County at Savannah, Georgia, this 29th day of September, 2014.

Scott L. Poff, Clerk
United States District Court
Southern District of Georgia

By: _____
Deputy Clerk