

U.S. SECRET SERVICE
2015 JUN -4 AM 11: 43
ASSET FORFEITURE BRANCH

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>4:14-CV-00216 |
|---|---|
| DEFENDANT<br>2014 Mercedes Benz SG3 AMG, VIN: WDDUG7JBOEAO42570 | TYPE OF PROCESS<br>Consent Order of Forfeiture & Final Judgment |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>United States Secret Service |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>33 Bull Street, Savannah, GA 31401 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Jeffrey J. Buerstatte<br>Assistant United States Attorney<br>P.O. Box 8970<br>Savannah, GA 31412 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the Consent Order of Forfeiture and Final Judgment, which has been deemed final, please dispose the $20,000.00 U.S. Currency in lieu of 2014 Mercedes Benz SG3 AMG, VIN: WDDUG7JBOEAO42570 according to law. Per Stipulation of Settlement and Release of All Claims, the vehicle will need to be returned to the claimant.

CATS # 14-USS-000398

| Signature of Attorney or other Originator requesting service on behalf of<br>*/s/ Jeffrey J. Buerstatte* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>912-652-4422 | DATE<br>5/28/15 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number<br>Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>06/10/15 | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*/s/ Valerie Rhodes USSS* | | |

**REMARKS:**
Pursuant to the Consent Order of Forfeiture and Final Judgment, $20,000.00 in United States Currency in lieu of 2014 Mercedes Benz SG3 AMG, VIN: WDDUG7JBOEAO42570 was deposited into the Treasury Forfeiture Fund on 6/8/2015. Pursuant to the Stipulation of Settlement and Release of All Claims, the vehicle was released to Ibrahim Sule Shehu on 6/10/2015.

TD F 90-22.48  (6/96)